BK 11089 PG 0281

11089
0281

**DOMINION CAPITAL TITLE**
3900 WESTERRE PARKWAY
SUITE 300
RICHMOND, VA 23233

Tax Map Parcel No. 721-691-24-22-00000
Consideration: None

## MEMORANDUM OF AGREEMENT

This Memorandum of Agreement (this "Memorandum") is made this _31_ day of December, 2015, by and between **CHRISTIAN C. DEAN** (the "First Owner"), to be indexed as Grantor and Grantee, and **JAY CHRISTIAN DEAN** (the "Second Owner", and together with the First Owner, the "Owners"), to be indexed as Grantor and Grantee.

### WITNESSETH:



### A. Recitals

By deed dated ~~December~~ *3rd November* _16_, 2015 recorded prior hereto the Owners have been conveyed as tenants in common certain real property located in the County of Chesterfield, Virginia, as more fully described in Exhibit A attached hereto (the "Property").

By deed of trust dated December _31_, 2015 (the "Deed of Trust") recorded prior hereto, the Owners conveyed the Property to Fidelity National Title Insurance Trustees, to secure a certain loan from Sierra Pacific Mortgage Company, Inc. in the principal amount of $ 269,910.00 (the "Loan");

The Owners have entered into an agreement to provide for the allocation between them as owners of the Property of the proceeds of any sale or refinance of the Property (the "Agreement") and wish to memorialize and place to record such agreement.

### B. Agreement

1.     Agreement: The Owners agree that in the event of the sale or refinance of the Property, the entire net proceeds in excess of the amount necessary to pay off the Loan secured by the Deed of Trust or any other subsequent loan secured by a lien on the Property shall be the property of and be paid to the Second Owner. The Owners have entered into this Memorandum for informational purposes so that third parties will have notice of the Agreement.

2.     Address of First Owner: 410 Home Road, Mertztown, PA 19539

3.     Address of Second Owner: 2400 Cascade Meadows Drive, Midlothian, VA 23112

4.     Successors and Assigns: This Memorandum shall be binding upon and inure to the benefit of the heirs, beneficiaries, successors and assigns of the parties hereto.

This instrument prepared by:
C. Thomas Ebel, VSB No. 18637
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
Telephone: (804) 648-1636



EXHIBIT
B

**11089**
**0282**

BK 11089 PG 0282

5.    Counterparts: This Memorandum may be executed it two or more counterparts, each of which when take together shall constitute one and the same instrument.

6.    Release: In the event of a sale of the Property and payment of the net proceeds of such sale in accordance with the Agreement, this Memorandum may be released by an instrument or document executed solely by the Second Owner.

[SIGNATURES APPEAR ON FOLLOWING PAGES]

2

11089
0283

BK 11089 PG 0283

IN WITNESS WHEREOF, this Memorandum of Agreement has been duly executed by the parties hereto as of the day and year first above written.

FIRST OWNER:

Christian C. Dean

STATE OF PENNSYLVANIA

CITY/COUNTY OF _Lehigh_____, to wit:

The foregoing instrument was acknowledged before me this ___ day of December, 2015 by Christian C. Dean.

{SEAL}

_____
Notary Public

My Commission Expires: _1, 14   17_.

My Registration No.: _____

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LAWRENCE E HARRISON
Notary Public
LOWER MACUNGIE TWP., LEHIGH COUNTY
My Commission Expires Apr, 14, 2017

3

11089
0284

BK 11089 PG 0284

**SECOND OWNER:**

Jay Christian Dean

STATE OF VIRGINIA

CITY/COUNTY OF _Henrico_ , to wit:

The foregoing instrument was acknowledged before me this 22nd day of December, 2015 by Jay Christian Dean.

{SEAL}

Susan M. Martin
Notary Public

My Commission Expires: 1 / 30 / 2019

My Registration No.: 7640133

W3234590

4

11089
0285

BK 11089 PG 0285

## EXHIBIT A

ALL THAT certain lot, piece or parcel of land, together with the building and improvements thereon and the appurtenances thereto belonging, situate, lying and being in Chesterfield County, Virginia, and known, numbered and designated as Lot 46, as shown on that certain plat entitled, "WATERMILL, SECTION 4, SUBDIVISION IDENTIFICATION NUMBER 000-0313-04, CLOVERHILL DISTRICT, CHESTERFIELD COUNTY, VIRGINIA", dated April 10, 2005, drawn by Balzer and Associates, Inc., which said plat is duly recorded in the Clerk's Office, Circuit Court, Chesterfield County, Virginia, in Plat Book 168, at Page(s) 43 through 50.

AND BEING the same property conveyed to Mark F. Rondina and Elaine K. Rondina, husband and wife, as tenants by the entirety with the right of survivorship as at common law, by virtue of Deed from CENTEX Homes, a Nevada General Partnership, dated November 20, 2007, recorded November 26, 2007, in Deed Book 8092, Page 899, in the Clerk's Office of the Circuit Court of Chesterfield County, Virginia.

INSTRUMENT #48337
RECORDED IN THE CLERK'S OFFICE OF
CHESTERFIELD ON
DECEMBER 23, 2015 AT 10:32AM

WENDY S. HUGHES, CLERK
RECORDED BY: SHF